**Order entered November 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01094-CR

**AUGUSTO AMBROSIO CARRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82936-2016**

## ORDER

Before the Court is the November 13, 2018 first request of court reporter Jan Dugger for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before December 17, 2018.

/s/    LANA MYERS
        JUSTICE